The application is denied. The judgment complained of, according to the facts of the case as found to be by the Court of Appeal, is correct.

150 So.2d 766

**William H. NICHOLAS**

v.

**NEW YORK UNDERWRITERS INSURANCE COMPANY.**

No. 46628.

March 25, 1963.

In re: New York Underwriters Insurance Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 148 So.2d 830.

The application is denied. There appears no error of law in the judgment complained of.

150 So.2d 766

**William S. GOOD, Jr.,**

v.

**E. B. BREAZEALE and Francis Ber.**

No. 46620.

March 25, 1963.

In re: Francis Ber applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 148 So.2d 766.

The application is denied. There appears no error of law in the judgment complained of.